UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL EDWARD MONTGOMERY,

    Plaintiff,

v.                                                Case No.  6:11-cv-747-ORL-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## FINAL ORDER[1]

This matter is before the Court on Plaintiff's Complaint (Doc. 1), in which he seeks review of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for disability insurance benefits under the Social Security Act.

The parties consented to have this case referred to the Magistrate Judge and on August 4, 2011, the District Judge referred this case to the Magistrate to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(e) and Fed.R.Civ.P. 73.  (Doc. 13).

This Court set this case for a hearing on August 15, 2012.  At the hearing, counsel for Plaintiff made an ore tenus motion to voluntarily dismiss this action because, in a subsequent administrative hearing in a different case, the Plaintiff was awarded benefits based upon a new, different onset date which Plaintiff agreed to.

---

[1] On August 4, 2011, both parties consented to the exercise of jurisdiction by a magistrate judge in this case. (Doc. 13).  Accordingly, the case was referred to the undersigned by an Order of Reference on August 9, 2011.  (Doc. 14).

Plaintiff's stipulation to the new onset date defeats his claim for benefits in this case. Counsel for the Commissioner has no objection to the motion.

Accordingly, for the reasons set forth at oral argument before the undersigned on August 15, 2012, it is hereby ORDERED that:

1. Plaintiff's ore tenus motion to dismiss the case is GRANTED.

2. This case is hereby DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to CLOSE the file.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on August 15, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel